IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN C., THERESA C., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF B.C., Plaintiffs, | CIVIL ACTION |
| v. | NO. 20-6431 |
| FOUNDATIONS BEHAVIORAL HEALTH, GINA M FUSCO, MOHAMMED YUSUF MODAN, JON LYFORD, ANTHONY CUSATE, WENDY MONTE, DANA BACHMAN, DONNA NEWTON-PUTIGNANO, AMY DOLLINGER, TIM (LAST NAME UNKNOWN), BERNARD OTABIL, UNKNOWN EMPLOYEES, UHS OF DELAWARE, INC., AND UNIVERSAL HEALTH SERVICES, INC., Defendants. | |

**O R D E R**

**AND NOW**, this 23rd day of August, 2021, upon consideration of Defendants Dana Bachman, Anthony Cusate, Amy Dollinger, Foundations Behavioral Health, Gina M Fusco, Jon Lyford, Wendy Monte, Donna Newton-Putignano, UHS of Delaware, Inc., and Universal Health Services, Inc.'s Motion to Dismiss (ECF 34), Plaintiffs Kevin C., Theresa C., and B.C.'s response thereto (ECF 37), Defendant Mohammed Yusuf Modan's Motion to Dismiss (ECF 35), Plaintiffs' response thereto (ECF 38), and Defendant Modan's reply in further support of his motion to dismiss (ECF 39), it **IS HEREBY ORDERED** as follows:

1. Defendant Modan's Motion to Dismiss (ECF 35) is **GRANTED**;

2. The remaining Defendants' Motion to Dismiss (ECF 34) is **GRANTED** as to Defendant Jon Lyford and **DENIED** in all other respects; and

3.  The Clerk of Court **SHALL MARK** Defendants Modan and Lyford as terminated from the case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**
