IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN C., THERESA C. INDIVIDUALLY AS PARENTS AND NATURAL GUARDIANS OF B.C.,<br>           Plaintiffs,<br><br>           v.<br><br>FOUNDATIONS BEHAVIORAL HEALTH, GINA M. FUSCO, MOHAMMED YUSUF MODAN, JON LYFORD, ANTHONY CUSATE, WENDY MONTE, DANA BACHMAN, DONNA NEWTO-PUTIGNANO, AMY DOLLINGER, TIM(LAST NAME UNKNOWN), BERNARD OTABIL, AND UNKNOWN EMPLOYEES,<br>           Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-6431 |

## O R D E R

**AND NOW**, this 7th day of December, 2023, upon careful consideration of Defendants' Motion for Summary Judgment (ECF No. 57), Plaintiffs' response thereto (ECF No. 62), and Defendants' reply (ECF No. 64), Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.  In particular, it is hereby ordered that:

1. Summary judgment is **GRANTED** on Count I of Plaintiffs' Amended Complaint (ECF No. 31) with respect to Defendants UHSD, UHSI, and Monte.  Summary judgment is further **GRANTED** with respect to Defendant Foundations for any liability stemming from its direct corporate negligence only.  Summary judgment is **DENIED** on Count I with respect to all other Defendants and theories of liability.

2. Summary judgment is **GRANTED** on Count II with respect to Defendants UHSD and UHSI.  Summary judgment is **DENIED** with respect to Defendant Foundations.

3. Summary judgment is **GRANTED** on Count III with respect to all Defendants.

4. Summary judgment is **GRANTED** on Count IV with respect to Defendants UHSD and UHSI.  Summary judgment is **DENIED** on Count IV with respect to all other Defendants.

5. Summary judgment is **GRANTED** on Count V with respect to Defendants UHSD and UHSI.  Summary judgment is **DENIED** on Count V with respect to all other Defendants.
6. Summary judgment is **GRANTED** on Count VI with respect to Defendants UHSD and UHSI.  Summary judgment is **DENIED** on Count VI with respect to all other Defendants.
7. Summary judgment is **GRANTED** on Count VII with respect to all Defendants.

It is further ordered that all unknown Defendants, including Tim (Last Name Unknown) are

**DISMISSED** from this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**